No. 528. CHRISTOFFEL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *O. John Rogge* for peti-

tioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Joseph M. Howard* for the United States.